# Notice Recipients

District/Off: 0311−1　　　　　User: Cheryl　　　　　Date Created: 9/23/2020
Case: 20−12393−KBO　　　　　Form ID: 309C　　　　　Total: 59

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | FSM Liquidation Corp. | 1823 Boone Trail Road | Sanford, NC 27330 | | |
| tr | David W. Carickhoff | Archer & Greiner, P.C. | 300 Delaware Ave | Suite 1100 | Wilmington, DE 19801 |
| aty | Laura Davis Jones | Pachulski Stang Ziehl & Jones LLP | 919 N. Market Street, 17th Floor | Wilmington, DE 19801 | |
| 15136615 | ALLEN WOOD | 190 Laura Rd | Madison, NC 27025 | | |
| 15136617 | ASP FRONTIER INVESTCO LP | 299 Park Ave., 34th Floor | New York, NY 10171 | | |
| 15136613 | Alabama Department of Revenue | PO Box 327950 | Montgomery, AL 36132−7950 | | |
| 15136614 | Alabama Dept of Revenue | Business Privilege Tax Section | PO Box 327320 | Montgomery, AL 36132−7320 | |
| 15136605 | American Securities LLC | Joe Domonkos, CFO | 299 Park Avenue | 34th Floor | New York, NY 10171 |
| 15136616 | Arnold Porter Kaye Scholer LLP | Emanuel Cherney, Esq. | 250 West 55th Street | New York, NY 10019−9710 | |
| 15136618 | BARBARA F WALTON | 2306 WESTWOOD DR | SANFORD, NC 27330 | | |
| 15136619 | California Franchise Tax Board | Bankruptcy Section MS: A−340 | PO Box 2952 | Sacramento, CA 95812−2952 | |
| 15136606 | Cerberus Operations & Advisory Company | Christopher Holt, Esq. | 875 Third Avenue | New York, NY 10022 | |
| 15136620 | DANIEL WIGGERS | 163 Sam Circle | Pomaria, SC 29126 | | |
| 15136607 | De'Angelo Yarbourough | 506 S. 3rd Street | Sanford, NC 27330 | | |
| 15136604 | Department of Labor | Division of Unemployment Insurance | P.O. Box 9953 | Wilmington, DE 19809 | |
| 15136608 | Frontier Yarns, Inc. | 1823 Boone Trail Road | Sanford, NC 27330 | | |
| 15136621 | GEORGE MICHAEL BEEKER | 1026 Sanders Road | Sanford, NC 27332 | | |
| 15136622 | GEORGE R. PERKINS Ill | FRONTIER YARNS, INC. | 1823 Boone Trail Road | Sanford, NC 27330 | |
| 15136623 | GEORGE R. PERKINS, JR. | P. 0. BOX 525 | SANFORD, NC 27331 | | |
| 15136624 | GEORGE W. PARKER | 1 AUGUSTA WAY | PINEHURST, NC 28374 | | |
| 15136626 | GREGORY SUTTON | 2601 Buckingham Dr. | Sanford, NC 27330 | | |
| 15136625 | Georgia Dept. of Revenue | Sales and Use Tax Division | PO Box 105136 | Atlanta, GA 30348−5136 | |
| 15136609 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101−7346 | | |
| 15136627 | JACKIE P. WILSON | 331 Wilson Farms Drive | Bear Creek, NC 27207 | | |
| 15136628 | JAMES M LANGFORD | 2010 Paul Street | Sanford, NC 27330 | | |
| 15136629 | JEFFREY ALVERSON | 2100 Beachwood Place | Sanford, NC 27330 | | |
| 15136630 | JEFFREY JAMES | 3665 Cox Mill Road | Sanford, NC 27330 | | |
| 15136631 | JENNIFER FAGAN | 108 Preatonwood Drive | Apex, NC 27539 | | |
| 15136632 | JOHN C. RIDDLE | 645 5th Street Northwest | Hickory, NC 28601 | | |
| 15136633 | JOHN E. PERKINS | 2024 Boone Trail Rd | Sanford, NC 27330 | | |
| 15136634 | JOHN GARRIS | 2216 Brownstone Dr. | Sanford, NC 27330 | | |
| 15136635 | JOHN L BAKANE | 39 LIVE OAK | SANTA ROSA BEACH, FL 32459 | | |
| 15136636 | JOHN M MANESS | 7516 VILLANOW DRIVE | SANFORD, NC 27332 | | |
| 15136637 | JONATHAN S. STUART | 1818 Carbonton Road | Sanford, NC 27330 | | |
| 15136638 | Klee Tuch in Bogdanoff & Stern LLP | Maria Sountas−Argiropoulos, Esq. | 1999 Avenue of the Stars | 39th Floor | Los Angeles, CA 90067−6049 |
| 15136640 | MARK MEDLOCK | 2217 Wimberly Woods Dr. | Sanford, NC 27330 | | |
| 15136641 | MARK OSBORNE | 2204 Wimberly Woods Drive | Sanford, NC 27330 | | |
| 15136642 | MARK RICE | 7825 Abington Drive | Kernersville, NC 27284 | | |
| 15136643 | MATTHEW THOMAS | 2606 Cambridge Circle | Sanford, NC 27330 | | |
| 15136644 | MICHAEL BRYAN NEWTON | Route 3 Box 1012 | Lillington, NC 27546 | | |
| 15136645 | MICHAEL J. FLANARY | 8705 Holly Pond Road | Sanford, NC 27332 | | |
| 15136639 | Manning Fulton | Diamond View II | 280 South Magnum Street | Suite 130 | Durham, NC 27701 |
| 15136610 | North Carolina Dept of Revenue | PO Box 25000 | Raleigh, NC 27640 | | |
| 15136646 | PricewaterhouseCoopers LLP | 800 Green Valley Road | Suite 500 | Greensboro, NC 27408 | |
| 15136647 | ROBERT C KAIN | 7902 Villanow Drive | Sanford, NC 27332 | | |
| 15136648 | ROBERT J. BROWN | 2662 Hayfield Drive | Asheboro, NC 27205 | | |
| 15136649 | South Carolina Dept. of Revenue | Corporation Barcode | Columbia, SC 29214−0029 | | |
| 15136603 | State of Delaware | Division of Revenue | 820 N. French Street, 8th Floor | Wilmington, DE 19801−0820 | |
| 15136651 | TIMOTHY CHILDS | 2636 Bristol Way | Sanford, NC 27330 | | |
| 15136652 | TIMOTHY EDWARD MOORE | 1098 Raven Rock Road | Lillington, NC 27546 | | |
| 15136653 | TODD CROWDER | 415 Brookfield Circle | Sanford, NC 27330 | | |
| 15136654 | TRACY GUNTER | 1576 Lee's Chapel Road | Sanford, NC 27330 | | |
| 15136655 | TROY WINTER | 109 Balsam Lane | Sanford, NC 27330 | | |
| 15136650 | Tennessee Department of Revenue | 500 Deaderick Street | Nashville, TN 37242 | | |
| 15136611 | Troyce M. Jackson | 923 Harris Street | Eden, NC 27288 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15136656 | US Dept of Labor – OSHA | Mobile Area Office | 1141 Montimar Drive | Suite 1006 | Mobile, AL 36609 | |
| 15136612 | US Dept. of Agriculture | Warehouse & Commodity Mgmt Division | 2313 East Bannister Road | Stop 9148 | Kansas City, MO 64131–3011 | |
| 15136658 | US EEOC | Greensboro Local Office | 1500 Pinecroft Road | Suite 212 | Greensboro, NC 27407 | |
| 15136657 | US EEOC | Raleigh Area Office | 434 Fayetteville Street | Suite 700 | Raleigh, NC 27601 | |

TOTAL: 59